LATHAM & WATKINS LLP
G. Andrew Lundberg (SBN 108509)
  andy.lundberg@lw.com
Alexandra A. Roje (SBN 210566)
  alex.roje@lw.com
355 South Grand Avenue, Suite 1500
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Plaintiff
Los Angeles Dodgers LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES DODGERS LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>             Defendant. | CASE NO. CV-08-8082 JFW (CTx)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Discovery Cut-off: January 5, 2010<br>Pre-trial Conference Date: March 5, 2010<br>Trial Date: March 23, 2010 |

LATHAM&WATKINS LLP  LA\2016805.1
ATTORNEYS AT LAW
LOS ANGELES

## **STIPULATION**

The parties hereto, through their respective undersigned counsel, are agreed and hereby stipulate as follows:

1. On December 8, 2008, Los Angeles Dodgers LLC (the "Dodgers") filed this action against ACE American Insurance Company ("ACE"), asserting claims for breach of contract, bad faith, deceit, and unfair business practices, based on ACE's alleged failure to pay benefits due under an insurance policy, and on March 4, 2009, ACE answered, denying all material allegations;

2. On July 6, 2009, the Dodgers moved in limine to determine the burden of proof;

3. On July 13, 2009, ACE moved for summary judgment on the Dodgers' claims or, in the alternative, partial summary judgment on the burden of proof;

4. On July 22, 2009, the Court denied the Dodgers' motion in limine without prejudice to its being noticed for hearing on March 12, 2010, the date set by the Court for hearing on motions in limine;

5. On July 30, 3009, the Court denied ACE's motion for summary judgment and denied ACE's partial summary judgment motion without prejudice to its being brought as a motion in limine;

6. The parties desire to resolve fully and finally any remaining disagreements between them and have settled this action by agreement.

Accordingly, this action should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

///
///
///
///
///

The parties respectfully request that the Court enter its order in accordance herewith.

Dated: September 9, 2009

LATHAM & WATKINS LLP
G. Andrew Lundberg
Alexandra A. Roje

By: */s/ Alexandra A. Roje*
Alexandra A. Roje
Attorneys for Plaintiff
Los Angeles Dodgers LLC

Dated: September 9, 2009

O'MELVENY & MYERS LLP
Richard B. Goetz
Catalina Joos Vergara

By: */s/ Catalina Joos Vergara*
Catalina Joos Vergara
Attorneys for Defendant
ACE American Insurance Company

## ORDER

Good cause therefor appearing, IT IS SO ORDERED.

_____
Hon. John F. Walter
United States District Judge

LATHAM&WATKINS LLP  LA\2016805.1
ATTORNEYS AT LAW
LOS ANGELES

2